**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

Dr. David C. Christianson,

vs.                                       Case No. 2:22-cv-2991


Harper Holdings, LLC,                     **Judge Michael H. Watson**

*************************************************************************************************

Harper Holdings, LLC,

vs.                                       Case No. 2:22-cv-3031


Dr. David C. Christianson,                **Judge Michael H. Watson**


[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.


IT IS ORDERED AND ADJUDGED that pursuant to the January 4, 2023 Opinion and Order, the Award is RECOMMITTED to the Panel for reconsideration of only the Past-Due Amount and interest or, if the figures in the Award are correct, for further clarification of why the current calculations are correct. The Award is CONFIRMED in all other respects.


Date:  **January 4, 2023**          **Richard Nagel, Clerk**




    s/ Jennifer Kacsor
_____

By Jennifer Kacsor/Courtroom Deputy