UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DR. DAVID C. CHRISTIANSON, | : | Case No. 2:22-cv-02991 |
| *Plaintiff*, | : | |
| *vs.* | : | JUDGE WATSON |
| HARPER HOLDINGS, LLC, | : | MAGISTRATE JUDGE JOLSON |
| *Defendant.* | : | |

| | | |
|---|---|---|
| HARPER HOLDINGS, LLC, | : | Case No. 2:22-cv-03031 |
| *Plaintiff*, | : | |
| *vs.* | : | JUDGE WATSON |
| DAVID CHRISTIANSON , | : | MAGISTRATE JUDGE JOLSON |
| *Defendant.* | : | |

## MOTION FOR JUDGMENT ENTRY

Now comes Dr. David C. Christianson and moves the Court to sign and file the attached **Judgment Entry** for the reasons set forth below in the attached Memorandum.

Respectfully submitted,

/s/  Matthew S. Teetor
Matthew S. Teetor          (0087009)
J. Stephen Teetor          (0023355)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000   |   Fax (614) 412-9012
email:  mteetor@teetorlaw.com
           steetor@teetorlaw.com
*Attorneys for Dr. David C. Christianson*

**MEMORANDUM**

In its May 22, 2024, Opinion and Order in this case, the Court held, among other things, that:

> In passing, Christianson asked the Court to "issue confirmation of the Award in a form where it can finally be collected."  ECF No. 64.  The Court is not sure what Christianson is asking for and, thus, his request is **DENIED WITHOUT PREJUDICE** to re-filing with more details.

See Doc. #66, Filed 5/22/24, Page ID #1522 (emphasis in original).

Harper Holdings LLC continues in its refusal to pay the Arbitration Award entered on April 27, 2022 to Dr. Christianson.  Collection and execution of those funds will be expedited by a simple one-page Judgment Entry from this Court that can be easily and readily filed in other venues and jurisdictions for execution and collection.

A proposed Judgment Entry to that affect is attached and it is requested by Dr. Christianson that the Court issue that proposed Judgment Entry in order to facilitate collection of the Judgment against Harper Holdings.  Aa copy of the attached Judgment Entry was provided to counsel for Harper Holdings on Monday, June 10th requesting any objections to the same.  No response has been provided by counsel as of the date of this filing.

Dr. Christianson, therefore, requests that this Court issue the attached proposed Judgement Entry consistent with the Arbitration Award.

Respectfully submitted,

/s/  Matthew S. Teetor
Matthew S. Teetor            (0087009)
J. Stephen Teetor            (0023355)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000  |  Fax (614) 412-9012
email:  mteetor@teetorlaw.com
        steetor@teetorlaw.com
*Attorneys for Dr. David C. Christianson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew S. Teetor
Matthew S. Teetor         (0087009)